## THIRD DISTRICT.

Charles E. LeHew, appellee, v. Jack Toombs, appellant. Gen. No. 9,151.

Opinion filed April 24, 1939.

Emanual Rosenberg and Ralph J. Monroe, for appellant. James T. Whitley, for appellee.

Mr. Justice Hayes delivered the opinion of the court.